FILEDpm12:59
2026 APR 27

MICHELLE M. WILSON
CLERK, USBC MIW

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) Chapter 7 |
| Bonita Lynn Jones, | ) Bankruptcy Case: |
| Debtor | ) |
| Bonita Lynn Jones, | ) Honorable: |
| Plaintiff | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) |
| Defendant | ) |

### Complaint to Determine Dischargeability of Student Loan

1. I, Bonita Lynn Jones, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $119339 and $16445, were incurred to pay tuition at University of Michigan to obtain a degree in Sociology and Organizational Studies, Lansing Community College to obtain a degree in Software Testing, and Thomas M. Cooley Law School to obtain a degree in Lawyer. I withdrew from the Software Testing program at Lansing Community College. I did not complete the degree in Lawyer at Thomas M. Cooley Law School. I withdrew from the Lawyer program at Thomas M. Cooley Law School.

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

The court should presume that I will remain unable to repay my student loan debt in accordance with the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

I. I have failed to obtain a degree for which the loan(s) were procured (Student Loan Discharge Guidance IV.B.4)

6. I have demonstrated good faith with regard to repayment of my student loan debt.

II. I have been on a student loan repayment program.

III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $153072.98.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: 04/23/2026

Respectfully filed,

Bonita Lynn Jones

Pro Se Plaintiff

439 Spector Road 924, Lansing, MI 48917

bonnlynn63@gmail.com